## TOWNE *v.* MARSHALL.

A horse required for actual use by the owner in his business of selling goods by sample, as a commercial traveller, is exempt from attachment.

TROVER, for a horse. Facts found by the court. The horse was taken by the defendant, a deputy sheriff, on a writ of attachment against the plaintiff, and sold. It was required for actual

use by the plaintiff in his business of selling goods by sample, as a commercial traveller, although it had never been so used, and was but four years old. The court held that the animal was exempt from attachment, and the defendant excepted.

*Barnes*, for the plaintiff.

*C. W. Hoitt*, for the defendant.

SMITH, J.    The horse was exempt from attachment, if required for farming or teaming purposes, or other actual use. G. L., *c.* 224, *s.* 2. This was a question of fact, which has been determined at the trial term in favor of the plaintiff. *Somers* v. *Emerson*, 58 N. H. 48; *Parshley* v. *Green*, 58 N. H. 271; *Rice* v. *Wadsworth*, 59 N. H. 100; *Richards* v. *Hubbard*, 59 N. H. 158; *George* v. *Fellows*, 59 N. H. 206; *Cutting* v. *Tappan*, 59 N. H. 562; *Hall* v. *Nelson*, 59 N. H. 573; *George* v. *Fellows*, 60 N. H. 398; *Jaquith* v. *Scott*, 63 N. H. 5. The evidence was sufficient to justify the finding.

*Exception overruled.*

ALLEN, J., did not sit: the others concurred.